UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

ROGER DOMROES,

Plaintiff,

23-CV-0041-MAV-MJR

-vs-

ORDER

JULIE WHITE, *et al.*,

Defendants.

---

The Honorable Michael J. Roemer, United States Magistrate Judge, issued a Report and Recommendation [ECF No. 48] on July 21, 2025, recommending that all claims in this action against Defendant Lori Diamond be dismissed pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure. Plaintiff's counsel notified the Court on July 30, 2025 [ECF No. 50] that Plaintiff does not object, and that Plaintiff requests "the Court adopt the Report and Recommendation insofar as it recommends dismissal of all claims against Defendant Diamond." Therefore, it is hereby

ORDERED, that the Report and Recommendation [ECF No. 48] recommending that all claims in this action against Defendant Lori Diamond be dismissed pursuant to Rule 25(a)(1) is affirmed and adopted in all respects.

SO ORDERED.

Dated:    July 31, 2025
          Rochester, New York

HON. MEREDITH A. VACCA
United States District Judge